UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
JULIE E. MALE,

                Plaintiff,         08-CV-6234

     v.

TOPS MARKETS, LLC,                   **ORDER**

                Defendant.
_____

On October 29, 2010, this Court granted Defendant's motion to dismiss Plaintiff's claim under 42 U.S.C. §§2000e *et seq.* pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and granted Plaintiff leave to amend her complaint. This Court now Orders that Plaintiff shall file an amended complaint within 21 days of the date of this Order.

    **ALL OF THE ABOVE IS SO ORDERED**.

                                 s/Michael A. Telesca
                                 MICHAEL A. TELESCA
                           United States District Judge

Dated:    Rochester, New York
           November 2, 2010